**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Patricia A. Yost dba Ultimate Hair Force Studio, Inc. | CHAPTER 13 |
| Debtor(s) | BKY. NO. 17-23744 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc. and index same on the master mailing list.

              Respectfully submitted,

              **/s/ James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              jwarmbrodt@kmllawgroup.com
              Attorney I.D. No. 42524
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106
              Phone: (215)-627-1322

              Attorney for Movant/Applicant