# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | PATRICIA A. YOST |
| Case Number: | 17-23744-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 29, 2018 09:30 AM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/2/18 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#11 - Final Confirmation of Plan Dated 9/27/2017 (NFC)
   +Objections By: Cadles of Grassy Meadows II, LLC
R / M #: 11 / 0

**Appearances:**
Debtor: Corbett
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Hunt for NHSD

**Proceedings:**

Outcome:

1. \_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_ Debtor is to inform Court within \_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7/12/18 at 9:30 Am
8. \_\_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. \_\_\_\_ Contested Hearing: _____ at _____.
10. \_\_\_\_ Other:

Debtor to be seeking to sell the 3204 Babcock Blvd - mt to engage broker to be filed shortly

Sale necessary to render plan feasible

3/23/2018    1:05:49PM