# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-23744-CMB |
| | ) |
| **Patricia A. Yost,** | ) Chapter 13 |
| | ) |
|       Debtor, | ) Doc. No. |
| | ) |
| **Patricia A. Yost,** | ) Related to Doc. No. 38 |
| | ) |
|       Movant, | ) Hearing date: 05/16/18 10:00 a.m. |
| vs. | ) |
| | ) Response due: 05/01/18 |
|       No Respondent. | ) |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON APPLICATION TO EMPLOY REALTOR

**TO THE RESPONDENT:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than May 1, 2018, i.e. seventeen (17) days after the date of service below, in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **May 16, 2018**, **at 10:00 p.m. before Judge Carlota M. Böhm in Court Room #B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Mailing or other service:** 04/13/18

                                                  **Attorney for Movant,**

                                                  /s/ Francis E. Corbett_____
                                                  **Francis E. Corbett, Esquire, PA ID #37594**
                                                  **fcorbett@fcorbettlaw.com**
                                                  **310 Grant Street, Suite 1420**
                                                  **Pittsburgh, PA  15219-2230**
                                                  **(412) 456-1882**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Case No. 17-23744-CMB |
| | ) |
| **Patricia A. Yost,** | ) Chapter 13 |
| | ) |
| Debtor, | ) Doc. No. |
| | ) |
| **Patricia A. Yost,** | ) |
| | ) |
| Movant, | ) Hearing date: 05/16/18 10:00 a.m. |
| vs. | ) |
| | ) Response due: 05/01/18 |
| No Respondent. | ) |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING WITH RESPONSE
DEADLINE AND APPLICATION TO EMPLOY REALTOR**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below via NECF on April 13, 2018:

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com
Jerome B. Blank, Esquire pawb@fedphe.com
Allison L. Carr, Esquire acarr@bernsteinlaw.com
James McNally, Esquire jmcnally@cohenseglias.com
S. James Wallace, Esquire sjw@sjwpgh.com
Jeffrey R. Hunt, Esquire jhunt@grblaw.com
Robert C. Edmundson, Esquire redmundson@attorneygeneral.gov
Norma Hildenbrand, Esquire Norma.L.Hildenbrand@usdoj.gov
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov

The type of service made on the remaining parties to the attached mailing matrix on April 13, 2018 was First Class Mail.

EXECUTED ON: 04/13/18          s/ Francis E. Corbett
                               **Francis E. Corbett, Esquire, PA ID #37594
                               fcorbett@fcorbettlaw.com
                               1420 Grant Bldg.
                               310 Grant Street
                               Pittsburgh, PA  15219
                               (412) 456-1882**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 17-23744-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Apr 13 14:47:14 EDT 2018 | Jerome B. Blank<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 | CBCS<br>P.O. Box 163250<br>Columbus, Ohio 43216-3250 |
| Cadles of Grassy Meadows II, L.L.C.<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | Cadles of Grassy Meadows, II, LLC<br>Attention: WWG20047<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | Caliber Home Loans<br>6404 Ivy Lane, #700<br>Greenbelt, MD 20770-1409 |
| Caliber Home Loans, Inc.<br>P.O. Box 24610<br>Oklahoma City, OK 73124-0610 | Allison L. Carr<br>Bernstein-Burkley, PC<br>Gulf Tower, Suite 2200<br>707 Grant Street<br>Pittsburgh, PA 15219-1945 | Francis E. Corbett<br>310 Grant Street, Suite 1420<br>Pittsburgh, PA 15219-2234 |
| County of Allegheny<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | County of Allegheny<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | DLJ Mortgage Capital, Inc.<br>Serviced by Select Portfolio Servicing,<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119-3284 |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Robert C. Edmundson<br>Office of Attorney General<br>564 Forbes Avenue<br>5th Floor, Manor Complex<br>Pittsburgh, PA 15219-2992 | Jeffrey R. Hunt<br>Goehring, Rutter & Boehm<br>437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219-6107 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Jeffrey R. Hunt, Esquire<br>Goehring, Rutter & Boehm<br>437 Grant St., 14th Floor<br>Pittsburgh, Pennsylvania 15219-6107 | Jordan Tax Service<br>102 Rahway Road<br>McMurray, Pennsylvania 15317-3349 |
| LSF8 MASTER PARTICIPATION TRUST<br>Caliber Home Loans<br>PO Box 24330<br>Oklahoma City OK 73124-0330 | Matt W. Yost<br>3284 Babcock Boulevard<br>Pittsburgh, PA 15237-2839 | James McNally<br>Cohen Seglias Pallas Greenhall & Furman<br>525 William Penn Place<br>Suite 3005<br>Pittsburgh, PA 15219-1707 |
| Michael J. Witherel, Esquire<br>Witherel & Associates<br>966 Perry Highway<br>Pittsburgh, PA 15237-2107 | North Hills School District<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | North Hills School District<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| Office of Attorney General Department of Rev<br>Robert C. Edmundson<br>564 Forbes Avenue<br>Pittsburgh, PA 15219-2908 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, Pennsylvania 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 North Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Portfolio Recovery Associates, LLC<br>c/o Blatt Hasenmiller Leibsker & Moore,<br>1835 Market Street, Suite 501<br>Philadelphia, Pennsylvania 19103-2933 | SELECT PORTFOLIO SERVICING, INC<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Santander Consumer, USA<br>Attn: Bankruptcy Dept.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Township of Ross<br>Goehring, Rutter, and Boehm<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 | Township of Ross<br>Goehring, Rutter & Boehm<br>c/o Jeffrey R. Hunt, Esquire<br>437 Grant Street, 14th Floor<br>Frick Building<br>Pittsburgh, PA 15219-6101 |
| UPMC Community Medicine<br>Receivables Outsourcing<br>P.O. Box 62850<br>Maltimore, Maryland 21264-2850 | UPMC Health Services<br>P.O. Box 371472<br>Pittsburgh, Pennsylvania 15250-7472 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 |
| UPMC Physician Services<br>P.O. Box 371980<br>Pittsburgh, Pennsylvania 15250-7980 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Patricia A. Yost<br>215 Elbe Drive<br>Pittsburgh, PA 15209-2033 |
| Norma Hildenbrand, on Behalf of the United S<br>Office of the United States Trustee<br>Suite 970 Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, Virginia 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Cadles of Grassy Meadows II, L.L.C.<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | (u)DLJ Mortgage Capital, Inc. | (u)Duquesne Light Company |

(u)LSF8 Master Participation Trust

End of Label Matrix
Mailable recipients    45
Bypassed recipients     4
Total                  49