# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-23744-CMB |
| | ) |
| **Patricia A. Yost,** | ) Chapter 13 |
| | ) |
| Debtor, | ) Doc. No. |
| | ) |
| **Patricia A. Yost,** | ) Related to Doc. No. 38 |
| | ) |
| Movant, | ) Hearing date: 05/16/18 10:00 a.m. |
| vs. | ) |
| | ) Response due: 05/01/18 |
| No Respondent. | ) |

**Certification of No Objection Regarding Application to Employ Realtor – Document No. 38**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on April 13, 2018, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Hearing, objections to the Application were to be filed and served no later than May 1, 2018**.**

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated: 05/02/18         s/ Francis E. Corbett
                        Francis E. Corbett, Esquire, PA I.D. #37594
                        fcorbett@fcorbettlaw.com
                        1420 Grant Building
                        310 Grant Street
                        Pittsburgh, PA  15219
                        (412) 456-1882