IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-23744-CMB |
| | ) |
| **Patricia A. Yost,** | ) Chapter 13 |
| | ) |
| Debtor, | ) Doc. No.  38 |
| | ) |
| **Patricia A. Yost,** | ) |
| | ) |
| Movant, | ) Hearing date: 05/16/18 10:00 a.m. |
| vs. | ) |
| | ) Response due: 05/01/18 |
| No Respondent. | ) |

# ENTERED BY DEFAULT
## ORDER OF COURT

AND NOW, to-wit, this  8th  day of  May , 2018, on motion of the debtor, it is **ORDERED** that Richard Taylor and Coldwell Banker are employed as the realtor for the debtor in accordance with the terms of the motion and the Standard Exclusive Commercial Listing Contract. Final approval of all commissions or fees remain subject to the discretion of the Court.

By the Court:

_Carlota M. Böhm_  dms
**Carlota M. Böhm**
**United States Bankruptcy Judge**

FILED
5/8/18 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-23744-CMB
Patricia A. Yost                                                         Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1                 Date Rcvd: May 08, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db           +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.
               jmcnally@cohenseglias.com, ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 13