**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE:<br><br>PATRICIA A. YOST<br>DBA ULITMATE HAIR FORCE STUDIO, INC.<br>DEBTOR | CASE NO. 17-23744-CMB<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE

**DLJ Mortgage Capital, Inc..**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated: August 8, 2018

By:  */s/ Christopher M. McMonagle, Esquire*
Christopher M. McMonagle, Esquire, Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system on August 8, 2018, to the following:

Francis E. Corbett
Calaiaro & Corbett, P.C.
310 Grant Street, Suite 1105
Pittsburgh, PA 15219
fcorbett@calaiarocorbett.com
*Attorney for Debtor(s)*

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Chapter 13 Trustee*

Office of the U.S. Trustee
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Patricia A. Yost
dba Ultimate Hair Force Studio, Inc.
215 Elbe Drive
Pittsburgh, PA 15209
*Debtor(s)*

Dated: August 8, 2018

                By:   */s/ Christopher M. McMonagle, Esquire*
                     Christopher M. McMonagle, Esquire, Bar No: 316043
                     Stern & Eisenberg, PC
                     1581 Main Street, Suite 200,
                     Warrington, PA 18976
                     Phone: (215) 572-8111
                     Fax: (215) 572-5025
                     cmcmonagle@sterneisenberg.com
                     Attorney for Creditor