Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | |
|---|---|
| IN RE:<br>　　PATRICIA A. YOST<br>　　DBA ULTIMATE HAIR FORCE STUDIO, INC.<br>　　　　DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 17-23744-CMB<br><br>HEARING DATE AND TIME:<br>**SEPTEMBER 19, 2018 AT 10:00 AM**<br><br>JUDGE: CARLOTA M. BOHM |
| DLJ MORTGAGE CAPITAL, INC., BY ITS SERVICER<br>IN FACT, SELECT PORTFOLIO SERVICING, INC.<br>　　　　MOVANT<br><br>V.<br><br>PATRICIA A. YOST<br>DBA ULTIMATE HAIR FORCE STUDIO, INC.<br>　　　　DEBTOR<br><br>MATT YOST<br>　　　　(NON-FILING CO-MORTGAGOR)<br><br>RONDA J. WINNECOUR, TRUSTEE<br>　　　　RESPONDENT | |

### AMENDED NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF DLJ MORTGAGE CAPITAL, INC., BY ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC., FOR RELIEF REQUESTED

TO THE RESPONDENT(S):

　　You are hereby notified that the Movant seeks an order affecting your rights or property.

　　You are further instructed to file with the Clerk and server upon the undersigned attorney for Movant a response to the Motion by no later than **September 6, 2018** (ie. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's website at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, and order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's website to verify if a default order was signed or the hearing will go forward as scheduled.

　　You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **SEPTEMBER 19, 2018 AT 10:00 AM** before the Honorable Judge Carlota M. Bohm in 54th Floor, Bankruptcy Courtroom B, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be schedule by the Court for a later date.

STERN & EISENBERG, PC

By: /s/ Christopher M. McMonagle, Esq.
Christopher M. McMonagle, Esq.,
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 316043
Email: cmcmonagle@sterneisenberg.com

Date: August 20, 2018