PROCEEDING MEMO

Date: 9/19/2018   10:00 a.m.

In re: Patricia A. Yost

                                              Bankruptcy No. 17-23744-CMB
                                              Chapter: 13
                                              Doc. # 52

Appearances: ~~Winnecourt/Paul/Katz~~ / DeSimone, William Miller (via telephone)

Movant(s): ~~Christopher M. McMonagle~~

Respondents: Francis E. Corbett

Creditor(s):

Nature of Proceeding: # 52 Motion of DLJ Mortgage Capital, Inc. for Relief from the Automatic Stay

Additional Pleadings: Certificate of Service;  #54 Response by Debtor

Judge's Notes:

Outcome:

_____ Motion is GRANTED  _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED   Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED   Order entered
_____ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
_____ CONTINUED MATTER:  \_\_\_\_\_for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:     Movant(s) brief due _____days
                                 Respondent(s) brief due _____days
                                 Trustee's brief due _____days

Miller: theoretical feasibility in the future but no payments.

Corbett: amended plan to sell commercial property. There has been activity but no offers. Price reduced again. Trying aggressively to bring sale and fund the case. Debtor can't make payments under plan so this is the solution. Seeking time to get this done.

Cont'd to 11/29 at 11am.

                                                                   Carlota M. Böhm
                                                                   U.S. Bankruptcy Judge

FILED
9/20/18 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23744-CMB
Patricia A. Yost                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric            Page 1 of 1           Date Rcvd: Sep 20, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.
               jmcnally@cohenseglias.com, ypearsol@cohenseglias.com
              James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 14