# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** PATRICIA A. YOST
**Case Number:** 17-23744-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 18, 2018  09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/22/18 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#43 - Continued Confirmation of Plan Dated 6/5/2018 (NFC)
R / M #:  43 / 0

### *Appearances:*

Debtor: Corbett
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor: Kravchik  PaRev

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  1/10/19  at  9:30  .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/11/2018  1:33:16PM