# PROCEEDING MEMO

Date: 11/29/2018 11:00 am

In re: Patricia A. Yost

Bankruptcy No. 17-23744-CMB
Chapter: 13
Doc. # 52

✓

Appearances: Winnecour / Pail / Katz / DeSimone

Movant(s): ~~Christopher M. McMonagle~~    M. Pavlovich

Respondents: Francis E. Corbett

Creditor(s):

Nature of Proceeding: # 52 Continued Motion of DLJ Mortgage Capital, Inc. for Relief from the Automatic Stay

Additional Pleadings: #54 Response by Debtor (filed previously)

Judge's Notes:

*Price recently reduced to $235,000*

Corbett: Sale of property of the estate will be sufficient to pay off the arrears, but not to play plan in full. No offer yet. Debtor is behind on payments, but is making partial payments.

Outcome:

Pavlovich: Debtor is more than 5 payments behind.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____days
                     Respondent(s) brief due _____days
                     Trustee's brief due _____days

Continued to Feb. 13, 2019 at 11:00am. If an evidentiary hearing requested, Movant to request hearing by Motion.

FILED
11/29/18 4:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Yost
        Debtor

Case No. 17-23744-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Nov 29, 2018
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2018.
db            +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2018                                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2018 at the address(es) listed below:
           Christopher M. McMonagle    on behalf of Creditor    DLJ Mortgage Capital, Inc.
            cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
           Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
            fcorbett7@gmail.com
           James McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.
            jmcnally@cohenseglias.com,  ypearsol@cohenseglias.com
           James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
           Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,  cnoroski@grblaw.com
           Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
            cnoroski@grblaw.com
           Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
           Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
            DMcKay@bernsteinlaw.com
           Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
            Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
            redmundson@attorneygeneral.gov
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
            srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                                                                       TOTAL: 14