# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | PATRICIA A. YOST |
| **Case Number:** | 17-23744-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/14/19 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#43 - Continued Confirmation of Plan Dated 6/5/2018 (NFC)
R / M #:  43 / 0

### *Appearances:*

Debtor: Corbett
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/18/19 at 9:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

[Handwritten notes:] Pending Mt for RS on 215 Elk Drive property. Plan contingent on sale at Babcock Blvd. Sales effort on property is continuing.

1/4/2019    3:57:16PM