## PROCEEDING MEMO

Date: 02/13/2019 11:00 am

In re: Patricia A. Yost

Bankruptcy No. 17-23744-CMB
Chapter: 13
Doc. # 52

Appearances: Winnecour / Pail / Katz / DeSimone

Movant(s): Christopher M. McMonagle

Respondents: Francis E. Corbett

Creditor(s):

Nature of Proceeding: # 52 Continued Motion of DLJ Mortgage Capital, Inc. for Relief from the Automatic Stay

Additional Pleadings: #54 Response by Debtor (filed previously)

Judge's Notes:

Outcome:

$17,200 arrears on plan
- Debtor trying to sell business.

___ / Motion is GRANTED    ___ / Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER: _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____days
_____ Briefs to be filed:    Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

FILED
2/14/19 10:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge