Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA
## (PITTSBURGH)

| | |
|---|---|
| IN RE:<br>    PATRICIA A. YOST<br>    DBA ULTIMATE HAIR FORCE STUDIO, INC.<br>        DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 17-23744-CMB |
| DLJ MORTGAGE CAPITAL, INC., BY ITS SERVICER IN FACT, SELECT PORTFOLIO SERVICING, INC.<br>        MOVANT<br><br>V.<br><br>PATRICIA A. YOST<br>DBA ULTIMATE HAIR FORCE STUDIO, INC.<br>        DEBTOR<br><br>MATT YOST<br>        (NON-FILING CO-MORTGAGOR)<br><br>RONDA J. WINNECOUR, TRUSTEE<br>        RESPONDENT | HEARING DATE AND TIME:<br>**SEPTEMBER 19, 2018 AT 10:00 AM**<br><br>JUDGE: CARLOTA M. BOHM<br><br><br>Related to Doc. No. 52 |

## ORDER

AND NOW, this __14th__ day of __February__, 2018, upon the motion of DLJ Mortgage Capital, Inc. (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 215 ELBE DR, PITTSBURGH, PA 15209.

BY THE COURT:

_(signature)_

UNITED STATES BANKRUPTCY JUDGE

FILED
2/14/19 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Patricia A. Yost  
      Debtor

Case No. 17-23744-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Feb 14, 2019  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.  
db            +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2019 at the address(es) listed below:

       Christopher M. McMonagle    on behalf of Creditor    DLJ Mortgage Capital, Inc.  
        cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
       Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,  
        fcorbett7@gmail.com  
       James McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.  
        jmcnally@cohenseglias.com,    ypearsol@cohenseglias.com  
       James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,  
        cnoroski@grblaw.com  
       Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,    cnoroski@grblaw.com  
       Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,  
        cnoroski@grblaw.com  
       Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
        DMcKay@bernsteinlaw.com  
       Norma Hildenbrand,    on Behalf of the United States Trustee by    on behalf of U.S. Trustee  
        Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue  
        redmundson@attorneygeneral.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                              TOTAL: 14