# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | PATRICIA A. YOST |
| Case Number: | 17-23744-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 18, 2019 09:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/18/19 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#43 - Continued Confirmation of Plan Dated 6/5/2018 (NFC)
R / M #:  43 / 0

*Appearances:*

Debtor: Corbett
Trustee: Winnecour / Pail / Katz / **DeSimone**

Creditor: Pa Rev. Kwatchek
McNally: Cadles Grassy Meadows

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __7/11__ at __10:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/11/2019   2:53:11PM