# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia A. Yost, | ) Case No. 17-23744-CMB |
| | ) |
| Debtor, | ) Chapter 13 |
| | ) |
| Patricia A. Yost, | ) |
| | ) |
| Movant, | ) Document No. |
| vs. | ) |
| | ) Related to Doc. No. 68 |
| Matt W. Yost; | ) |
| Cadles of Grassy Meadows II, LLC; | ) |
| County of Allegheny; Township of Ross; | ) |
| North Hills School District; | ) |
| Pennsylvania Department of Revenue; | ) Hearing Date: 07/02/19 10:00 a.m. |
| Internal Revenue Service; and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Response Date: 06/06/19 |
| | ) |
| Respondents. | ) |
| | ) |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION TO APPROVE AGREEMENT FOR THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES

**TO THE RESPONDENT(S):**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than June 6, 2019**,** i.e. twenty-one (21) days after the date of service below, in accordance with Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **July 2, 2019**, **at 10:00 a.m. before Judge Carlota M. Böhm in Court Room #B, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 15 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Clerk.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

**Date of Mailing or other service:** 05/15/19

**Attorney for Movant,**

<u>s/ Francis E. Corbett</u>
**Francis E. Corbett, Esquire, PA I.D. #37594**
**fcorbett@fcorbettlaw.com**
**Mitchell Building - 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**