## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia A. Yost, | ) Case No. 17-23744-CMB |
| | ) |
| Debtor, | ) Chapter 13 |
| | ) |
| Patricia A. Yost, | ) |
| | ) |
| Movant, | ) Document No. |
| vs. | ) |
| | ) Related to Doc. No. 68 |
| Matt W. Yost; | ) |
| Cadles of Grassy Meadows II, LLC; | ) |
| County of Allegheny; Township of Ross; | ) |
| North Hills School District; | ) |
| Pennsylvania Department of Revenue; | ) Hearing Date: 07/02/19 10:00 a.m. |
| Internal Revenue Service; and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Response Date: 06/05/19 |
| | ) |
| Respondents. | ) |

### PROOF OF PUBLICATION

1.      Attached is the Proof of Publication of the Notice of Sale in the above matter in the

Pittsburgh Legal Journal on June 12, 2019.

2.      Attached is the Proof of Publication of the Notice of Sale in the above matter in the

Tribune-Review Herald on June 13, 2019.

3.      The sale has been listed on the Bankruptcy Court EASI system since May 15, 2019.

**Respectfully submitted,**

DATE:  06/27/19          s/ Francis E. Corbett
**Francis E. Corbett, Esquire, PA I.D. #37594**
**fcorbett@fcorbettlaw.com**
**Mitchell Building - 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**

Bankruptcy Notice. Case Number: 17-23744-CMB. Debtor: Patricia A. Yost

PAGE 1 OF 1

Case 17-23744-CMB    Doc 79    Filed 06/27/19    Entered 06/27/19 12:59:46    Desc Main
Document    Page 2 of 4

## Proof of Publication of Notice
## Pittsburgh Legal Journal

| | |
|---|---|
| Commonwealth of Pennsylvania | } SS: |
| County of Allegheny, | } |

Before me, the undersigned notary public, this day, personally appeared Jim Spezialetti to me known, who being duly sworn according to law, deposes and says the following:

I am an agent of the Pittsburgh Legal Journal. The Pittsburgh Legal Journal is the duly designated legal newspaper for Allegheny County, Pennsylvania and was established on April 23, 1853. It is published at 400 Koppers Building, 436 Seventh Avenue, Pittsburgh, Allegheny County, Pennsylvania; and a copy of the printed notice appearing to the right is exactly the same as is printed or published in the issue or issues of said legal newspaper on the following date or dates:

**Jun 12, 2019**

That affiant further states that he is the designated agent of the Allegheny County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

Signature of Affiant

Subscribed and sworn to before me this 12th day of June, 2019

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Melanie L. Goodwin, Notary Public
Allegheny County
My commission expires May 12, 2022
Commission number 1255781
Member, Pennsylvania Association of Notaries

Francis E. Corbett
Mitchell Building - 707
304 Ross Street
Pittsburgh, PA 15219

### Statement of Advertising Cost

| | |
|---|---|
| For publishing the notice or advertisement on the above stated dates. . . | $304.15 |
| Proof Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1.00 |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $305.15 |

**Pittsburgh Legal Journal**
400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
Phone 412-261-6255

PLJ No. 19-03099

**Bankruptcy Notice**

In the United States Bankruptcy Court for the Western District of Pennsylvania
In Re: Patricia A. Yost, Debtor.
Patricia A. Yost, Movant,
vs.
Matt W. Yost; Cadles of Grassy Meadows II, LLC; County of Allegheny; Township of Ross; North Hills School District; Pennsylvania Department of Revenue; Internal Revenue Service; and Ronda J. Winnecour, Chapter 13 Trustee, Respondents.
Case No.: 17-23744-CMB
Chapter 13
Hearing Date: 07/02/19 10:00 a.m.
Response Date: 06/06/19
Amended Notice Of Sale
Notice Is Given That Patricia A. Yost has filed an Amended Motion to Approve Agreement to Sell Real Property Free and Clear of all Liens and Encumbrances for the property located at 3284 Babcock Boulevard, Township of Ross, Allegheny County, Pennsylvania for the sum of $190,000.00.
Terms Of Sale Are: The sale is an "As Is" sale; the successful bidder must post a hand money deposit of $3,000.00 and close within 30 days of Court approval.
A hearing and sale will be held on said motion on July 2, 2019, at 10:00 a.m. before Judge Carlota M. Böhm in Court Room #B, U.S. Bankruptcy Court, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Any Response shall be filed with the Clerk of the Bankruptcy Court at 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, not later than June 6, 2019. The court may entertain higher offers at the hearing, at which time objections to said sale will be heard, higher offers may be received and a confirmation hearing will be held. The sale information may be viewed on the Bankruptcy Court website EASI system.
If more information is needed, contact Francis E. Corbett, Esquire, at Mitchell Building - 707, 304 Ross Street, Pittsburgh, PA, 15219-2202, 412-456-1882, fcorbett@fcorbettlaw.com.
19-03099 Jun 12, 2019



## Proof of Publication of Notice in The Herald
### Under the Act of July 9, 1976, P.L. 877, No. 160

Commonwealth of Pennsylvania  }
County of Allegheny            }    SS:

Patty Klingensmith,, Regional Multi-Media Advertising Manager of Trib Total Media. Inc., a corporation of the Commonwealth of Pennsylvania with place of business in Pittsburgh. Allegheny County, Pennsylvania, being duly known, deposes and says that The Herald is a weekly newspaper in general circulation published in Pittsburgh. PA. Allegheny County at 503 Martindale St., Suite 250, aforesaid. which was established as a weekly newspaper in the year 1878., and that copy of the printed notice of publication is attached hereto exactly as the same was printed and published in the regular editions and issues of the said weekly newspaper on the following dates, viz:
LEGAL# 6694190, RE: BANKRUPTCY NOTICE / YOST; 13TH DAY OF JUNE, 2019.

        Affiant further deposes that s/he is an officer duly Authorized by the Trib Total Media, Inc., publisher of the Tribune-Review, to verify the foregoing statement under oath and also declares that affiant is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

_____
Regional Multi-Media Advertising Manager,
Trib Total Media, Inc.

Sworn to and subscribed before me this
13TH day of JUNE, 2019

_____
, Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JoAnn M. Callahan, Notary Public
City of Greensburg, Westmoreland County
My Commission Expires July 1, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

### Statement of Advertising Costs

FRANCIS E. CORBETT, ESQUIRE
MITCHELL BUILDING - 707
304 ROSS STREET
PITTSBURGH, PA 15219

To Trib Total Media, Inc..
For Publishing the notice or advertisement attached
hereto on the above stated dates        $90.75
Probating Same                          $   0
Total                                   $ 90.75

### Publisher's Receipt for Ac

        The Trib Total Media, Inc., publisher of the
acknowledges a receipt of the aforesaid advertising and pul
fully paid.

Trib Total Media Inc., Publisher
of the The Herald, a Weekly Newspaper.

By_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| Patricia A. Yost, | ) Case No. 17-23744-CMB |
| Debtor, | ) |
| Patricia A. Yost, | ) Chapter 13 |
| Movant, | ) |
| vs. | ) Document No. |
| Matt W. Yost; | ) |
| Cadles of Grassy Meadows II, LLC; | ) |
| County of Allegheny; | ) |
| Township of Ross; | ) |
| North Hills School District; | ) |
| Pennsylvania Department of Revenue; | ) Hearing Date: 07/02/19 |
| Internal Revenue Service; and | ) 10:00 a.m. |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| Respondents, | ) Response Date: 06/06/19 |

#### AMENDED NOTICE OF SALE

NOTICE IS GIVEN THAT Patricia A. Yost has filed an Amended Motion to Approve Agreement to Sell Real Property Free and Clear of all Liens and Encumbrances for the property located at 3284 Babcock Boulevard, Township of Ross, Allegheny County, Pennsylvania for the sum of $190,000.00.

TERMS OF SALE ARE: The sale is an "As Is" sale; the successful bidder must post a hand money deposit of $3,000.00 and close within 30 days of Court approval.

A hearing and sale will be held on said motion on July 2, 2019, at 10:00 a.m. before Judge Carlota M. Böhm in Court Room #B, U.S. Bankruptcy Court, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania. Any Response shall be filed with the Clerk of the Bankruptcy Court at 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, not later than June 6, 2019. The court may entertain higher offers at the hearing, at which time objections to said sale will be heard, higher offers may be received and a confirmation hearing will be held. The sale information may be viewed on the Bankruptcy Court website EASI system.

If more information is needed, contact Francis E. Corbett, Esquire, at Mitchell Building - 707, 304 Ross Street, Pittsburgh, PA, 15219-2202, (412) 456-1882, fcorbett@fcorbettlaw.com.
66941906(6-13-19)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **Patricia A. Yost,** | ) **Case No. 17-23744-CMB** |
| | ) |
| **Debtor,** | ) **Chapter 13** |
| | ) |
| **Patricia A. Yost,** | ) |
| | ) |
| **Movant,** | ) **Document No.** |
| **vs.** | ) |
| | ) |
| **Matt W. Yost;** | ) |
| **Cadles of Grassy Meadows II, LLC;** | ) |
| **County of Allegheny; Township of Ross;** | ) |
| **North Hills School District;** | ) |
| **Pennsylvania Department of Revenue;** | ) **Hearing Date: 07/02/19 10:00 a.m.** |
| **Internal Revenue Service; and** | ) |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | ) **Response Date: 06/06/19** |
| | ) |
| **Respondents.** | ) |

**CERTIFICATE OF SERVICE OF PROOF OF PUBLICATION**

I certify under penalty of perjury that I served the above captioned Proof of Publication on the following parties via Notice of Electronic Filing on June 27, 2019:

Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com
Jerome B. Blank, Esquire pawb@fedphe.com
Allison L. Carr, Esquire acarr@bernsteinlaw.com
James McNally, Esquire jmcnally@cohenseglias.com
S. James Wallace, Esquire sjw@sjwpgh.com
Jeffrey R. Hunt, Esquire jhunt@grblaw.com
Robert C. Edmundson, Esquire redmundson@attorneygeneral.gov
Norma Hildenbrand, Esquire Norma.L.Hildenbrand@usdoj.gov
Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov
James Warmbrodt, Esquire bkgroup@kmllawgroup.com
Keri P. Ebeck, Esquire kebeck@bernsteinlaw.com

Date: 06/27/19

**s/ Francis E. Corbett__**
**Francis E. Corbett, Esquire, PA I.D. #37594**
**fcorbett@fcorbettlaw.com**
**Mitchell Building – 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**