# PROCEEDING MEMO

Date: 07/02/2019 10:00 am

In re: Patricia A. Yost

Bankruptcy No. 17-23744-CMB
Chapter: 13
Doc. # 74

✓

Appearances: Winnecour / Pail / Katz / DeSimone

Movant(s): Francis E. Corbett and Debtor present

Respondents: Jill Locnikar

Creditor(s): James McNelly

Nature of Proceeding: #74 Amended Motion to Approve Agreement for the Sale of Real Property Free and Clear of All Liens and Encumbrances

Additional Pleadings: Certificate of Service; #78 Response by USA

Judge's Notes:

Outcome:

\_\_\_\_\_ Motion is GRANTED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
\_\_\_\_\_ Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_ days
　　　　　　　　　　　　　　　Respondent(s) brief due \_\_\_\_\_ days
　　　　　　　　　　　　　　　Trustee's brief due \_\_\_\_\_ days

Corbett: Sale advertised in Pittsburgh Legal Journal and Tribune Herald and listed on EASI system.

No objection to sale.
Young Hye Jeun & Lee Seung Cheol bid $225,000. There being no higher or better bids, the sale is confirmed for $225,000. Buyers are good faith purchasers and original buyers to receive $4,000 reimbursement.

Revised Order to be submitted by 7/3/19

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
7/3/19 9:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA