## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia A. Yost, | ) Case No. 17-23744-CMB |
| | ) |
|         Debtor, | ) Chapter 13 |
| | ) |
| Patricia A. Yost, | ) |
| | ) |
|         Movant, | ) Document No. |
| vs. | ) |
| | ) Related to Doc. No. 74 |
| Matt W. Yost; | ) |
| Cadles of Grassy Meadows II, LLC; | ) |
| County of Allegheny; Township of Ross; | ) |
| North Hills School District; | ) |
| Pennsylvania Department of Revenue; | ) Hearing Date: 07/02/19 10:00 a.m. |
| Internal Revenue Service; and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Response Date: 06/06/19 |
| | ) |
|         Respondents. | ) |
| | ) |

## ORDER OF COURT

**AND NOW**, this _____ day of _____, 2019, after hearing on the Amended Motion to Approve Agreement for the Sale of Real Property Free and Clear of all Liens and Encumbrances, it appearing that all lienholders were served and that proper notice was given and no parties objected to the sale, it is hereby **ORDERED** that:

    1. The Court approves of the sale of the Debtor's real property located at 3284 Babcock Boulevard, Township of Ross, Allegheny County as described in the within motion to sell.

    **2.** The Court finds that the sale is in good faith and in compliance with the provisions of In re: Abbots Dairies of Pennsylvania, Inc., 788 F.2d 143 C.A.3 (Pa) 1986.

3. The sale of the Movant's real property known as 3284 Babcock Boulevard, Township of Ross, Allegheny County to Younghye Jeun and Seungcheol Lee or assigns, for the purchased price of $225,000.00 is a sale free and clear of all liens and encumbrances.

4. At closing, the Seller shall be responsible to pay the following items:

    (a)    Payoff mortgage balance to Cadles of Grassy Meadows II, LLC;

    (b)    All delinquent and current real estate taxes, pro-rated;

    (c)    One-half of real estate transfer stamps;

    (d)    Real Estate Commission to Richard Taylor and Coldwell Banker in the amount of $13,500.00;

    (e)    $2,500.00 to Francis E. Corbett, as attorney fees for bringing this sale;

    (f)    Francis E. Corbett is to be reimbursed the sum of $576.90 for the costs of filing the Motion and advertising in a Pittsburgh Legal Journal and the Tribune-Review Herald;

    (g)    Pay the sum of $3612.96 to Ronda J. Winnecour, Chapter 13 Trustee for trustee fees;

    (h)    The original bidders, Lingzhi Xie and Jin Wu, are to be reimbursed for the expense of appraisal and inspection in the amount of $3,600.00.

    (i)    Any other closing items necessary to consummate this transaction; and

    (j)    Net proceeds payable to Ronda J. Winnecour, Chapter 13 Trustee.

5. Closing to occur within thirty (30) days of this Order;

6. A Report of Sale is to be filed by Counsel to the Debtor within seven (7) days of closing, including a copy of the Settlement Sheet from the closing.

**By the Court,**

**Carlota M. Böhm**
**United States Bankruptcy Judge**