## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia A. Yost, | ) Case No. 17-23744-CMB |
| | ) |
| Debtor, | ) Chapter 13 |
| | ) |
| Patricia A. Yost, | ) |
| | ) |
| Movant, | ) Document No. |
| vs. | ) |
| | ) Related to Doc. No. 74 |
| Matt W. Yost; | ) |
| Cadles of Grassy Meadows II, LLC; | ) |
| County of Allegheny; Township of Ross; | ) |
| North Hills School District; | ) |
| Pennsylvania Department of Revenue; | ) Hearing Date: 07/02/19 10:00 a.m. |
| Internal Revenue Service; and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Response Date: 06/06/19 |
| | ) |
| Respondents. | ) |
| | ) |

## ORDER OF COURT

**AND NOW**, this  3rd  day of   July   , 2019, after hearing on the Amended Motion to Approve Agreement for the Sale of Real Property Free and Clear of all Liens and Encumbrances, it appearing that all lienholders were served and that proper notice was given and no parties objected to the sale, it is hereby **ORDERED** that:

1. The Court approves of the sale of the Debtor's real property located at 3284 Babcock Boulevard, Township of Ross, Allegheny County as described in the within motion to sell.

2. The Court finds that the sale is in good faith and in compliance with the provisions of In re: Abbots Dairies of Pennsylvania, Inc., 788 F.2d 143 C.A.3 (Pa) 1986.

3. The sale of the Movant's real property known as 3284 Babcock Boulevard, Township of Ross, Allegheny County to Younghye Jeun and Seungcheol Lee or assigns, for the purchased price of $225,000.00 is a sale free and clear of all liens and encumbrances.

4. At closing, the Seller shall be responsible to pay the following items:

    (a) Payoff mortgage balance to Cadles of Grassy Meadows II, LLC;

    (b) All delinquent and current real estate taxes, pro-rated;

    (c) One-half of real estate transfer stamps;

    (d) Real Estate Commission to Richard Taylor and Coldwell Banker in the amount of $13,500.00;

    (e) $2,500.00 to Francis E. Corbett, as attorney fees for bringing this sale;

    (f) Francis E. Corbett is to be reimbursed the sum of $576.90 for the costs of filing the Motion and advertising in a Pittsburgh Legal Journal and the Tribune-Review Herald;

    (g) Pay the sum of $3612.96 to Ronda J. Winnecour, Chapter 13 Trustee for trustee fees;

    (h) The original bidders, Lingzhi Xie and Jin Wu, are to be reimbursed for the expense of appraisal and inspection in the amount of $3,600.00.

    (i) Any other closing items necessary to consummate this transaction; and

    (j) Net proceeds payable to Ronda J. Winnecour, Chapter 13 Trustee.

5. Closing to occur within thirty (30) days of this Order;

6. A Report of Sale is to be filed by Counsel to the Debtor within seven (7) days of closing, including a copy of the Settlement Sheet from the closing.

**By the Court,**

FILED
7/3/19 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
**United States Bankruptcy Judge**

Case 17-23744-CMB    Doc 83    Filed 07/05/19    Entered 07/06/19 00:55:28    Desc Imaged
Certificate of Notice    Page 3 of 4

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 17-23744-CMB
Patricia A. Yost                                                Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: culy              Page 1 of 2           Date Rcvd: Jul 03, 2019
                              Form ID: pdf900         Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2019.
db           +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033
cr           +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr           +North Hills School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr           +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
               Pittsburgh, PA 15219-2908
cr           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr           +Township of Ross,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr           +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
               U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
               U.S.A. 15219-1956
14695020     +CBCS,   P.O. Box 163250,    Columbus, Ohio 43216-3250
14695018     +Caliber Home Loans,    6404 Ivy Lane, #700,    Greenbelt, MD 20770-1409
14695019     +Caliber Home Loans, Inc.,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14745069     +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14788569     +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14695022     +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
               Pittsburgh, Pennsylvania 15219-6107
14695023     +Jordan Tax Service,    102 Rahway Road,    McMurray, Pennsylvania 15317-3349
14741972     +LSF8 MASTER PARTICIPATION TRUST,    Caliber Home Loans,    PO Box 24330,
               Oklahoma City OK 73124-0330
14695024     +Matt W. Yost,    3284 Babcock Boulevard,    Pittsburgh, PA 15237-2839
14695025     +Michael J. Witherel, Esquire,    Witherel & Associates,    966 Perry Highway,
               Pittsburgh, PA 15237-2107
14745070     +North Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14719827     +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14695027     +Portfolio Recovery Associates, LLC,    c/o Blatt Hasenmiller Leibsker & Moore,,
               1835 Market Street, Suite 501,    Philadelphia, Pennsylvania 19103-2933
14695029      Santander Consumer, USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
14745071     +Township of Ross,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14695030     +UPMC Community Medicine,    Receivables Outsourcing,    P.O. Box 62850,
               Maltimore, Maryland 21264-2850
14695031      UPMC Health Services,    P.O. Box 371472,    Pittsburgh, Pennsylvania 15250-7472
14762770      UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14695032      UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, Pennsylvania 15250-7980
14762876      UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14695020     +E-mail/Text: CBCSMail@CBCSNational.com Jul 04 2019 02:41:17      CBCS,   P.O. Box 163250,
               Columbus, Ohio 43216-3250
14713233     +E-mail/Text: gocadle@cadleco.com Jul 04 2019 02:41:34      Cadles of Grassy Meadows II, L.L.C.,
               100 North Center Street,    Newton Falls, OH 44444-1321
14695017     +E-mail/Text: gocadle@cadleco.com Jul 04 2019 02:41:34      Cadles of Grassy Meadows, II, LLC,
               Attention: WWG20047,   100 North Center Street,    Newton Falls, OH 44444-1321
14768098     +E-mail/Text: kburkley@bernsteinlaw.com Jul 04 2019 02:41:48      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14695021      E-mail/Text: cio.bncmail@irs.gov Jul 04 2019 02:40:49      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
14695028      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 04 2019 02:51:54
               Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, Virginia 23541
14711410      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 04 2019 02:51:54
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14695026     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 04 2019 02:41:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, Pennsylvania 17128-0946
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            DLJ Mortgage Capital, Inc.
cr            Duquesne Light Company
cr            LSF8 Master Participation Trust
cr            WILMINGTON SAVINGS FUND SOCIETY, et.al.
```

```
District/off: 0315-2           User: culy              Page 2 of 2                Date Rcvd: Jul 03, 2019
                               Form ID: pdf900         Total Noticed: 34

cr*           +Cadles of Grassy Meadows II, L.L.C.,   100 North Center Street,   Newton Falls, OH 44444-1321
cr          ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                     TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Christopher M. McMonagle     on behalf of Creditor   DLJ Mortgage Capital, Inc.
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James    McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.
               jmcnally@cohenseglias.com,   dlandi@cohenseglias.com
              James    Warmbrodt     on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Norma Hildenbrand,   on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas    Song    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et.al. pawb@fedphe.com
                                                                                             TOTAL: 16
```