# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** PATRICIA A. YOST
- **Case Number:** 17-23744-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 11, 2019  10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#43 - Continued Confirmation of Plan Dated 6/5/2018 (NFC)
R / M #:  43 / 0

### *Appearances:*

- Debtor:  *Corbett*
- Trustee: Winnecour / Pai / Katz / DeSimone
- Creditor: *Kovalchick for PA Dept of Rev*

*Con't for Sale to close*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  8/29/19 at 11:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: