**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23744-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Patricia A. Yost
215 Elbe Drive
Pittsburgh PA 15209

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/30/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115 | Selene Finance LP<br>Attention: Cashiering Department<br>PO Box 71243<br>Philadelphia, PA 19176-6243 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/02/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Patricia A. Yost
      Debtor

Case No. 17-23744-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Jul 31, 2019
      Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2019.
14788569      +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,   3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:
      Anthony T. Kovalchick   on behalf of Creditor   Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov
      Christopher M. McMonagle   on behalf of Creditor   DLJ Mortgage Capital, Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      Francis E. Corbett   on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
      James McNally   on behalf of Creditor   Cadles of Grassy Meadows II, L.L.C. jmcnally@cohenseglias.com, dlandi@cohenseglias.com
      James Warmbrodt   on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
      Jeffrey R. Hunt   on behalf of Creditor   County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
      Jeffrey R. Hunt   on behalf of Creditor   North Hills School District jhunt@grblaw.com, cnoroski@grblaw.com
      Jerome B. Blank   on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com
      Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
      Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
      Mario J. Hanyon   on behalf of Creditor   Wilmington Savings Fund Society, FSB, Et.Al pawb@fedphe.com
      Norma Hildenbrand,   on Behalf of the United States Trustee by   on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Thomas Song   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, et.al. pawb@fedphe.com
      TOTAL: 17