# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | PATRICIA A. YOST |
| **Case Number:** | 17-23744-CMB      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 29, 2019 11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/30/19 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#43 - Continued Confirmation of Plan Dated 6/5/2018 (NFC)
R / M #:  43 / 0

### *Appearances:*

Debtor: *Corbett*
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 11/7/19 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/20/2019  11:47:23 AM