# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | PATRICIA A. YOST |
| Case Number: | 17-23744-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 07, 2019  09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
11/12/19 12:24 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#94 - Amended Plan Dated: 9-26-2019 (NFC)
R / M #: 94 / 0

**Appearances:**

Debtor: Corbett
Trustee: Winnecour / Pail / Kat / (DeSimone)

Creditor: IRS - Jill Locnikar

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  11-21-19  at  2:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

cont. to recalc following sale.

10/30/2019 11:21:26 AM