IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Patricia A. Yost, | ) Case No. 17-23744-CMB |
| | ) |
| Debtor, | ) Chapter 13 |
| | ) |
| Patricia A. Yost, | ) |
| | ) |
| Movant, | ) Document No. |
| vs. | ) |
| | ) Related to Doc. No. 74, 82, 96 |
| Matt W. Yost; | ) |
| Cadles of Grassy Meadows II, LLC; | ) |
| County of Allegheny; Township of Ross; | ) |
| North Hills School District; | ) |
| Pennsylvania Department of Revenue; | ) |
| Internal Revenue Service; and | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| | ) |
| Respondents. | ) |
| | ) |

## CONSENT ORDER OF COURT

AND NOW, this  26th  day of  November , 2019, in light of the closing on the sale of the jointly owned property of the debtor and her non-debtor spouse, Matt W. Yost, and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED** that one-half of the net sale proceeds in the amount of $26,174.63 is to be released to Matt W. Yost.

Consented to:

/s/ Owen W. Katz
Office of the Chapter 13 Trustee

FILED
11/26/19 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

Carlota M. Böhm
**United States Bankruptcy Judge**

Case 17-23744-CMB   Doc 98   Filed 11/28/19   Entered 11/29/19 00:45:29   Desc Imaged
Certificate of Notice   Page 2 of 3

```
                      United States Bankruptcy Court
                      Western District of Pennsylvania
In re:                                                       Case No. 17-23744-CMB
Patricia A. Yost                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                  Page 1 of 2                  Date Rcvd: Nov 26, 2019
                              Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db             +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +North Hills School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Township of Ross,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14695018       +Caliber Home Loans,    6404 Ivy Lane, #700,    Greenbelt, MD 20770-1409
14695019       +Caliber Home Loans, Inc.,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14745069       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14788569       +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14695022       +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
                 Pittsburgh, Pennsylvania 15219-6107
14695023       +Jordan Tax Service,    102 Rahway Road,    McMurray, Pennsylvania 15317-3349
14741972       +LSF8 MASTER PARTICIPATION TRUST,    Caliber Home Loans,    PO Box 24330,
                 Oklahoma City OK 73124-0330
14695024       +Matt W. Yost,    3284 Babcock Boulevard,    Pittsburgh, PA 15237-2839
14695025       +Michael J. Witherel, Esquire,    Witherel & Associates,    966 Perry Highway,
                 Pittsburgh, PA 15237-2107
14745070       +North Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14719827       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14695027       +Portfolio Recovery Associates, LLC,    c/o Blatt Hasenmiller Leibsker & Moore,,
                 1835 Market Street, Suite 501,    Philadelphia, Pennsylvania 19103-2933
14695029        Santander Consumer, USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
15096697        Selene Finance LP,    Attention: Cashiering Department,    PO Box 71243,
                 Philadelphia, PA 19176-6243
14745071       +Township of Ross,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14695030       +UPMC Community Medicine,    Receivables Outsourcing,    P.O. Box 62850,
                 Maltimore, Maryland 21264-2850
14695031        UPMC Health Services,    P.O. Box 371472,    Pittsburgh, Pennsylvania 15250-7472
14762770        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14695032        UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, Pennsylvania 15250-7980
14762876        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14695020       +E-mail/Text: CBCSMail@CBCSNational.com Nov 27 2019 03:58:07      CBCS,   P.O. Box 163250,
                 Columbus, Ohio 43216-3250
14713233       +E-mail/Text: gocadle@cadleco.com Nov 27 2019 03:58:29      Cadles of Grassy Meadows II, L.L.C.,
                 100 North Center Street,    Newton Falls, OH 44444-1321
14695017       +E-mail/Text: gocadle@cadleco.com Nov 27 2019 03:58:29      Cadles of Grassy Meadows, II, LLC,
                 Attention: WWG20047,    100 North Center Street,    Newton Falls, OH 44444-1321
14768098       +E-mail/Text: kburkley@bernsteinlaw.com Nov 27 2019 03:58:41      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14695021        E-mail/Text: cio.bncmail@irs.gov Nov 27 2019 03:57:32      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
14695028        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:17:05
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, Virginia 23541
14711410        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:17:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14695026       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 27 2019 03:57:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, Pennsylvania 17128-0946
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            DLJ Mortgage Capital, Inc.
cr            Duquesne Light Company
cr            LSF8 Master Participation Trust
cr            WILMINGTON SAVINGS FUND SOCIETY, et.al.
cr            Wilmington Savings Fund Society, FSB, Et.Al
```

```
District/off: 0315-2          User: culy              Page 2 of 2                Date Rcvd: Nov 26, 2019
                              Form ID: pdf900         Total Noticed: 35

cr*           +Cadles of Grassy Meadows II, L.L.C.,   100 North Center Street,   Newton Falls, OH 44444-1321
cr          ##+SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
                                                                                    TOTALS: 5, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Christopher M. McMonagle    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James McNally    on behalf of Creditor   Cadles of Grassy Meadows II, L.L.C.
               jmcnally@cohenseglias.com, dlandi@cohenseglias.com
              James Warmbrodt    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com
              Jill Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, Et.Al
               pawb@fedphe.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, et.al. pawb@fedphe.com
                                                                                             TOTAL: 17
```