**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/17/2019

IN RE:

PATRICIA A. YOST
215 ELBE DRIVE
PITTSBURGH, PA 15209
XXX-XX-2736      Debtor(s)

Case No. 17-23744 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/17/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ALLISON L CARR ESQ**<br>BERNSTEIN-BURKLEY PC<br>707 GRANT ST STE 2200<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 621.96<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8166 |
| **JEROME BLANK ESQ**<br>PHELAN HALLINAN ET AL<br>OMNI WILLIAM PENN OFC TOWER<br>555 GRANT STE STE 300<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LSF8 MSTR PRTCTPN/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COMMONWEALTH OF PENNSYLVANIA****<br>OFC OF THE ATTORNEY GENERAL (PA REV NTC<br>1251 WATERFRONT PL<br>MEZZANINE LEVEL<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: COMMONWEALTH OF PA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CADLES OF GRASSY MEADOWS II LLC**<br>100 N CENTER ST<br>NEWTON FALLS, OH 44444 | Trustee Claim Number: 5   INT %: 6.08%<br>Court Claim Number: 5-2<br>CLAIM: 8,357.42<br>COMMENT: CL5GOV@MDF@PMT/TT*700@LTCD/PL*1ST*PMT NT STD/CL*$0ARRS/PL~ALL ARF | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 2736 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SELENE FINANCE LP<br>PO BOX 71243<br>PHILADELPHIA, PA 19176 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 6,374.96<br>COMMENT: RS/OE*CALIBER/PL*PMT/DECL*DKT4PMT-LMT*BGN 10/17*FR LSF8/CALIBER-DOC | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 8259 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 0.00<br>COMMENT: 430-S-198;11-17*$0@12%~10-17~TTL/PL*W/26*CL=4565.21 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **TOWNSHIP OF ROSS-R/E TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: 430-S-198;15-17*$0@10%~10-17~TTL/PL*W/29*CL=1099.98 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **NORTH HILLS SD (ROSS)-R/E TAX**<br>C/O JORDAN TAX SVC- DELNQ CLLC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 0.00<br>COMMENT: 430-S-198;10-17*$0@10%TTL/PL*W/27*CL=19980.44 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 10   INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 10,158.12<br>COMMENT: CL1GOV@MDF@PMT/TT*10158.12@5%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8197 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **WITHEREL & ASSOC**<br>966 PERRY HIGHWAY<br><br>PITTSBURGH, PA  15237 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 2736 |
| **TOWNSHIP OF ROSS - SEWAGE**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  0.00<br>COMMENT:  430-S-198;THRU 10/17*$0/PL*WNTS 10%*CL=1565.02 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:4-3<br>CLAIM:  76.75<br>COMMENT:  2736/3836*CL 4-3 GOV*$/CL-PL@0%/CNF*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2736 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:7-6<br>CLAIM:  743.71<br>COMMENT:  CL 7-6 GOV*$/CL-PL@0%/CNF*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2319 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  17,352.40<br>COMMENT:  X6569/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2736 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  298.88<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5194 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  496.37<br>COMMENT:  CAP ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4733 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,911.81<br>COMMENT:  X1970@UPMC HEALTH SRVCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2736 |
| **UNIVERSITY OF PGH PHYSICIAN++**<br>POB 371980<br><br>PITTSBURGH, PA  15250-7980 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 6569 |
| **UPMC COMMUNITY MEDICINE**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 1970 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MATT YOST**<br>3284 BABCOCK BLVD<br><br>PITTSBURGH, PA  15237 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM: 26,174.63<br>COMMENT:  SCH~NTC ONLY/SCH*50% SALE PROCEEDS/OE | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: $/OE |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:4-3<br><br>CLAIM: 0.00<br>COMMENT:  NO SEC/SCH*PD OUTSIDE/PL*AMD CL=0 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2736 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:4-3<br><br>CLAIM: 27.31<br>COMMENT:  CL 4-3 GOV*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2736 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:7-6<br><br>CLAIM: 228.62<br>COMMENT:  CL 7-6 GOV*NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2319 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA  17128 | Trustee Claim Number:25  INT %:  6.00%<br>Court Claim Number:7-6<br><br>CLAIM: 1,963.95<br>COMMENT:  CL 7-6 GOV*1963.95@5%/PL*AMD*6%/CNF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2319 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br><br>BETHEL PARK, PA  15102 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM: 0.00<br>COMMENT:  430-S-198;11-17*NON%*$0@12%~10-17~TTL/PL*W/7*CL=2903.18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **NORTH HILLS SD (ROSS)-R/E TAX**<br>C/O JORDAN TAX SVC- DELNQ CLLC<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM: 0.00<br>COMMENT:  430-S-198;10-17*NON%*$0@10%TTL/PL*W/9*CL=9229.13 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB DB**<br>C/O SELENE FINANCE LP<br>PO BOX 71243<br><br>PHILADELPHIA, PA  19176 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM: 0.00<br>COMMENT:  RS/OE*$0ARRS/PL*THRU 9/17*FR LSF8/CALIBER-DOC 34*FR DLJ/SPS-DOC 85*CL= | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8259 |
| **TOWNSHIP OF ROSS-R/E TAX**<br>C/O JORDAN TAX SVC-DELQ CLLCTR<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM: 0.00<br>COMMENT:  430-S-198;15-17*NON%*$0@10%~10-17~TTL/PL*W/8*CL=292.72 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S198 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM: 670.08<br>COMMENT:  NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4519 |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  DLJ MORT CPTL/PRAE | |
| **CHRISTOPHER M MCMONAGLE ESQ** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| STERN & EISENBERG PC | Court Claim Number: | ACCOUNT NO.: |
| 1581 MAIN ST STE 200 | | |
| THE SHOPS AT VALLEY SQUARE | CLAIM:  0.00 | |
| WARRINGTON, PA  18976 | COMMENT:  DLJ MORT CPTL/PRAE | |
| **THOMAS SONG ESQ** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| PHELAN HALLINAN DIAMOND & JONES LLP | Court Claim Number: | ACCOUNT NO.: |
| OMNI WILLIAM PENN OFFICE TOWER | | |
| 555 GRANT ST STE 300 | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  WILMINGTON~CHRISTIANA/PRAE | |
| **RONDA J WINNECOUR PA ID #30399\*\*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  FEES ON DIRECT PAYMENTS |
| ATTN DIRECT FEES CLERK | Court Claim Number: | ACCOUNT NO.:  FEES/OE |
| US STEEL TWR STE 3250 | | |
| 600 GRANT ST | CLAIM:  3,612.96 | |
| PITTSBURGH, PA  15219 | COMMENT:  SEE DKT FOR DETAIL | |