Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Patricia A. Yost
dba Ultimate Hair Force Studio, Inc.**
57−1173836
   Debtor(s)

Bankruptcy Case No.: 17−23744−CMB
Related to Doc. No. 103
Chapter: 13
Docket No.: 104 − 103
Concil. Conf.: September 17, 2020 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **August 4, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 25, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **September 17, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 20, 2020

    Carlota M. Bohm
    United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-23744-CMB
Patricia A. Yost                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric            Page 1 of 2         Date Rcvd: Jun 22, 2020
                              Form ID: 410          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
```
db            +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +North Hills School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
               Pittsburgh, PA 15219-2908
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr            +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr            +Township of Ross,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
               Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
               U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
               U.S.A. 15219-1956
14695018      +Caliber Home Loans,    6404 Ivy Lane, #700,    Greenbelt, MD 20770-1409
14695019      +Caliber Home Loans, Inc.,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14745069      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14788569      +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,
               3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14695022      +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
               Pittsburgh, Pennsylvania 15219-6107
14695023      +Jordan Tax Service,    102 Rahway Road,    McMurray, Pennsylvania 15317-3349
14741972      +LSF8 MASTER PARTICIPATION TRUST,    Caliber Home Loans,    PO Box 24330,
               Oklahoma City OK 73124-0330
14695024      +Matt W. Yost,    3284 Babcock Boulevard,    Pittsburgh, PA 15237-2839
14695025      +Michael J. Witherel, Esquire,    Witherel & Associates,    966 Perry Highway,
               Pittsburgh, PA 15237-2107
14745070      +North Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14719827      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14695027      +Portfolio Recovery Associates, LLC,    c/o Blatt Hasenmiller Leibsker & Moore,,
               1835 Market Street, Suite 501,    Philadelphia, Pennsylvania 19103-2933
14695029       Santander Consumer, USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
15096697       Selene Finance LP,    Attention: Cashiering Department,    PO Box 71243,
               Philadelphia, PA 19176-6243
14745071      +Township of Ross,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
               437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14695030      +UPMC Community Medicine,    Receivables Outsourcing,    P.O. Box 62850,
               Maltimore, Maryland 21264-2850
14695031       UPMC Health Services,    P.O. Box 371472,    Pittsburgh, Pennsylvania 15250-7472
14762770       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14695032       UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, Pennsylvania 15250-7980
14762876       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14695020      +E-mail/Text: CBCSMail@CBCSNational.com Jun 23 2020 03:57:24     CBCS,    P.O. Box 163250,
               Columbus, Ohio 43216-3250
14713233      +E-mail/Text: gocadle@cadleco.com Jun 23 2020 04:03:00      Cadles of Grassy Meadows II, L.L.C.,
               100 North Center Street,    Newton Falls, OH 44444-1321
14695017      +E-mail/Text: gocadle@cadleco.com Jun 23 2020 04:03:00      Cadles of Grassy Meadows, II, LLC,
               Attention: WWG20047,    100 North Center Street,    Newton Falls, OH 44444-1321
14768098      +E-mail/Text: kburkley@bernsteinlaw.com Jun 23 2020 04:03:13     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14695021       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 23 2020 03:56:38      Internal Revenue Service,
               Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
14695028       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2020 04:06:14
               Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, Virginia 23541
14711410       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 23 2020 04:05:41
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14695026      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2020 03:57:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, Pennsylvania 17128-0946
                                                                                              TOTAL: 8
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             DLJ Mortgage Capital, Inc.
cr             Duquesne Light Company
cr             LSF8 Master Participation Trust
cr             WILMINGTON SAVINGS FUND SOCIETY, et.al.
cr             Wilmington Savings Fund Society, FSB, Et.Al
```

```
District/off: 0315-2           User: dric                  Page 2 of 2                  Date Rcvd: Jun 22, 2020
                               Form ID: 410                Total Noticed: 36

cr*            +Cadles of Grassy Meadows II, L.L.C.,    100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                          TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2020 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Christopher M. McMonagle    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  McNally    on behalf of Creditor   Cadles of Grassy Meadows II, L.L.C.
               jmcnally@cohenseglias.com,    dlandi@cohenseglias.com
              James  Warmbrodt    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com,   cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor   LSF8 Master Participation Trust pawb@fedphe.com
              Jill  Locnikar    on behalf of Creditor   United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor   Wilmington Savings Fund Society, FSB, Et.Al
               pawb@fedphe.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas  Song    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, et.al. pawb@fedphe.com
                                                                                               TOTAL: 17
```