### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-23744-CMB |
| | ) |
| **Patricia A. Yost,** | ) Chapter 13 |
| | ) |
|       Debtor, | ) Doc. No. |
| | ) |
| **Patricia A. Yost,** | ) Related to Doc. No. 106 |
| | ) |
|       Movant, | ) Hearing date: 09/09/20 10:00 a.m. |
| vs. | ) |
| | ) Response due: 08/24/20 |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | ) |
| | ) |
|       Respondent. | ) |
| | ) |

**Certification of No Objection Regarding Motion for Discharge
Pursuant to 11 U.S.C. § 1328 –Document No. 106**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 3, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 24, 2020**.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 08/25/20              /s/ Francis E. Corbett
                                       **Francis E. Corbett, Esquire, PA I.D. #37594**
                                       **fcorbett@fcorbettlaw.com**
                                       **Mitchell Building - 707**
                                       **304 Ross Street**
                                       **Pittsburgh, PA  15219**
                                       **(412) 456-1882**