**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Patricia A. Yost** | Social Security number or ITIN   **xxx–xx–2736** |
| | First Name   Middle Name   Last Name | EIN   **57–1173836** |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **17–23744–CMB** | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(b) is granted to:

Patricia A. Yost
dba Ultimate Hair Force Studio, Inc.

9/2/20                                                                                            **By the court:**   Carlota M. Bohm
                                                                                                                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge Before Completion of a Chapter 13 Plan**

The court has determined that the debtors are entitled to a discharge pursuant to 11 U.S.C. § 1328(b) without completing all of the requirements under the chapter 13 plan. A discharge pursuant to § 1328(b) is referred to as a "hardship discharge."

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

**For more information, see page 2 >**

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 hardship discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-23744-CMB
Patricia A. Yost                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2              Date Rcvd: Sep 02, 2020
                              Form ID: 3180WH         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.
```
db            +Patricia A. Yost,    215 Elbe Drive,    Pittsburgh, PA 15209-2033
cr            +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +North Hills School District,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                Pittsburgh, PA 15219-2908
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr            +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr            +Township of Ross,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr            +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,    700 Grant Street, suite 4000,    Pittsburgh, PA  15219,
                U.S.A. 15219-1956
14695018      +Caliber Home Loans,    6404 Ivy Lane, #700,    Greenbelt, MD 20770-1409
14695019      +Caliber Home Loans, Inc.,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
14745069      +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14788569      +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14695022      +Jeffrey R. Hunt, Esquire,    Goehring, Rutter & Boehm,    437 Grant St., 14th Floor,
                Pittsburgh, Pennsylvania 15219-6107
14695023      +Jordan Tax Service,    102 Rahway Road,    McMurray, Pennsylvania 15317-3349
14741972      +LSF8 MASTER PARTICIPATION TRUST,    Caliber Home Loans,    PO Box 24330,
                Oklahoma City OK 73124-0330
14695024      +Matt W. Yost,    3284 Babcock Boulevard,    Pittsburgh, PA 15237-2839
14695025      +Michael J. Witherel, Esquire,    Witherel & Associates,    966 Perry Highway,
                Pittsburgh, PA 15237-2107
14745070      +North Hills School District,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14719827      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14695027      +Portfolio Recovery Associates, LLC,    c/o Blatt Hasenmiller Leibsker & Moore,,
                1835 Market Street, Suite 501,    Philadelphia, Pennsylvania 19103-2933
15096697       Selene Finance LP,    Attention: Cashiering Department,    PO Box 71243,
                Philadelphia, PA 19176-6243
14745071      +Township of Ross,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14695030      +UPMC Community Medicine,    Receivables Outsourcing,    P.O. Box 62850,
                Maltimore, Maryland 21264-2850
14695031       UPMC Health Services,    P.O. Box 371472,    Pittsburgh, Pennsylvania 15250-7472
14762770       UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14695032       UPMC Physician Services,    P.O. Box 371980,    Pittsburgh, Pennsylvania 15250-7980
14762876       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:58:08
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:58:08      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
14695020      +EDI: CBCSI.COM Sep 03 2020 07:53:00      CBCS,    P.O. Box 163250,    Columbus, Ohio 43216-3250
14713233      +E-mail/Text: gocadle@cadleco.com Sep 03 2020 04:59:02      Cadles of Grassy Meadows II, L.L.C.,
                100 North Center Street,    Newton Falls, OH 44444-1321
14695017      +E-mail/Text: gocadle@cadleco.com Sep 03 2020 04:59:02      Cadles of Grassy Meadows, II, LLC,
                Attention: WWG20047,    100 North Center Street,    Newton Falls, OH 44444-1321
14768098      +E-mail/Text: kburkley@bernsteinlaw.com Sep 03 2020 04:59:24      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
14695021       EDI: IRS.COM Sep 03 2020 07:53:00      Internal Revenue Service,
                Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, Pennsylvania 19101-7346
14695028       EDI: PRA.COM Sep 03 2020 07:53:00      Portfolio Recovery Associates, LLC,    P.O. Box 12914,
                Norfolk, Virginia 23541
14711410       EDI: PRA.COM Sep 03 2020 07:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14695026      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:58:08
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, Pennsylvania 17128-0946
14695029       EDI: DRIV.COM Sep 03 2020 07:53:00      Santander Consumer, USA,    Attn: Bankruptcy Dept.,
                P.O. Box 560284,    Dallas, TX 75356-0284
                                                                                              TOTAL: 11
```

```
District/off: 0315-2              User: culy              Page 2 of 2              Date Rcvd: Sep 02, 2020
                                  Form ID: 3180WH         Total Noticed: 38


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DLJ Mortgage Capital, Inc.
cr              Duquesne Light Company
cr              LSF8 Master Participation Trust
cr              WILMINGTON SAVINGS FUND SOCIETY, et.al.
cr              Wilmington Savings Fund Society, FSB, Et.Al
cr*            +Cadles of Grassy Meadows II, L.L.C.,    100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                               TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General Department of Revenue
               akovalchick@attorneygeneral.gov
              Christopher M. McMonagle    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  McNally    on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.
               jmcnally@cohenseglias.com,  dlandi@cohenseglias.com
              James  Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et.Al
               pawb@fedphe.com
              Norma Hildenbrand,  on Behalf of the United States Trustee by    on behalf of U.S. Trustee
               Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas  Song    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et.al. pawb@fedphe.com
                                                                                                   TOTAL: 17
```