IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 17-23744-CMB |
| | ) |
| Patricia A. Yost, | ) Chapter 13 |
| | ) |
| Debtor, | ) Doc. No. |
| | ) |
| Patricia A. Yost, | ) Related to Doc. No.  106 |
| | ) |
| Movant, | ) Hearing date: 09/09/20 10:00 a.m. |
| vs. | ) |
| | ) Response due: 08/24/20 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| | ) **ENTERED BY DEFAULT** |
| Respondent. | ) |

**ORDER OF COURT**

AND NOW, to-wit, this   2nd   day of   September  , 2020, on Motion of the Debtor and pursuant to 11 U.S.C. §1328(b), it is hereby **ORDERED, ADJUDGED AND DECREED** that the Debtor is granted a Chapter 13 discharge.

FILED
9/2/20 2:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

By the Court,

*Carlota M. Böhm*     dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-23744-CMB
Patricia A. Yost　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: culy　　　　　　Page 1 of 2　　　　　　Date Rcvd: Sep 02, 2020
　　　　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2020.
```
db          +Patricia A. Yost,   215 Elbe Drive,   Pittsburgh, PA 15209-2033
cr          +County of Allegheny,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
             Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr          +North Hills School District,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
             Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr          +Office of Attorney General Department of Revenue,   Robert C. Edmundson,   564 Forbes Avenue,
             Pittsburgh, PA 15219-2908
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
cr          +SELECT PORTFOLIO SERVICING, INC,   3815 South West Temple,   Salt Lake City, UT 84115-4412
cr          +Township of Ross,   Goehring, Rutter, and Boehm,   437 Grant Street, 14th Floor,
             Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr          +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
             U.S. Post Office & Courthouse,   700 Grant Street, suite 4000,   Pittsburgh, PA  15219,
             U.S.A. 15219-1956
14695018    +Caliber Home Loans,   6404 Ivy Lane, #700,   Greenbelt, MD 20770-1409
14695019    +Caliber Home Loans, Inc.,   P.O. Box 24610,   Oklahoma City, OK 73124-0610
14745069    +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14788569    +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,
             3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
14695022    +Jeffrey R. Hunt, Esquire,   Goehring, Rutter & Boehm,   437 Grant St., 14th Floor,
             Pittsburgh, Pennsylvania 15219-6107
14695023    +Jordan Tax Service,   102 Rahway Road,   McMurray, Pennsylvania 15317-3349
14741972    +LSF8 MASTER PARTICIPATION TRUST,   Caliber Home Loans,   PO Box 24330,
             Oklahoma City OK 73124-0330
14695024    +Matt W. Yost,   3284 Babcock Boulevard,   Pittsburgh, PA 15237-2839
14695025    +Michael J. Witherel, Esquire,   Witherel & Associates,   966 Perry Highway,
             Pittsburgh, PA 15237-2107
14745070    +North Hills School District,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14719827    +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14695027    +Portfolio Recovery Associates, LLC,   c/o Blatt Hasenmiller Leibsker & Moore,,
             1835 Market Street, Suite 501,   Philadelphia, Pennsylvania 19103-2933
14695029     Santander Consumer, USA,   Attn: Bankruptcy Dept.,   P.O. Box 560284,   Dallas, TX 75356-0284
15096697     Selene Finance LP,   Attention: Cashiering Department,   PO Box 71243,
             Philadelphia, PA 19176-6243
14745071    +Township of Ross,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
             437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14695030    +UPMC Community Medicine,   Receivables Outsourcing,   P.O. Box 62850,
             Maltimore, Maryland 21264-2850
14695031     UPMC Health Services,   P.O. Box 371472,   Pittsburgh, Pennsylvania 15250-7472
14762770     UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14695032     UPMC Physician Services,   P.O. Box 371980,   Pittsburgh, Pennsylvania 15250-7980
14762876     UPMC Physician Services,   PO Box 1123,   Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14695020    +E-mail/Text: CBCSMail@CBCSNational.com Sep 03 2020 04:58:26      CBCS,   P.O. Box 163250,
             Columbus, Ohio 43216-3250
14713233    +E-mail/Text: gocadle@cadleco.com Sep 03 2020 04:59:02      Cadles of Grassy Meadows II, L.L.C.,
             100 North Center Street,   Newton Falls, OH 44444-1321
14695017    +E-mail/Text: gocadle@cadleco.com Sep 03 2020 04:59:02      Cadles of Grassy Meadows, II, LLC,
             Attention: WWG20047,   100 North Center Street,   Newton Falls, OH 44444-1321
14768098    +E-mail/Text: kburkley@bernsteinlaw.com Sep 03 2020 04:59:20      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14695021     E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 03 2020 04:57:23      Internal Revenue Service,
             Centralized Insolvency Operations,   P.O. Box 7346,   Philadelphia, Pennsylvania 19101-7346
14695028     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 05:03:23
             Portfolio Recovery Associates, LLC,   P.O. Box 12914,   Norfolk, Virginia 23541
14711410     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 05:03:23
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14695026    +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:57:58
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, Pennsylvania 17128-0946
                                                                                              TOTAL: 8
```

　　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr           DLJ Mortgage Capital, Inc.
cr           Duquesne Light Company
cr           LSF8 Master Participation Trust
cr           WILMINGTON SAVINGS FUND SOCIETY, et.al.
cr           Wilmington Savings Fund Society, FSB, Et.Al
```

```
District/off: 0315-2          User: culy              Page 2 of 2              Date Rcvd: Sep 02, 2020
                              Form ID: pdf900         Total Noticed: 36

cr*            +Cadles of Grassy Meadows II, L.L.C.,    100 North Center Street,    Newton Falls, OH 44444-1321
                                                                                           TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:

```
          Anthony T. Kovalchick    on behalf of Creditor   Office of Attorney General Department of Revenue
           akovalchick@attorneygeneral.gov
          Christopher M. McMonagle    on behalf of Creditor   DLJ Mortgage Capital, Inc.
           cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
          Francis E. Corbett    on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James  McNally     on behalf of Creditor    Cadles of Grassy Meadows II, L.L.C.
           jmcnally@cohenseglias.com,    dlandi@cohenseglias.com
          James  Warmbrodt     on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Township of Ross jhunt@grblaw.com,    cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    North Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jerome B. Blank    on behalf of Creditor    LSF8 Master Participation Trust pawb@fedphe.com
          Jill  Locnikar     on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society, FSB, Et.Al
           pawb@fedphe.com
          Norma Hildenbrand, on Behalf of the United States Trustee by    on behalf of U.S. Trustee
           Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song     on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et.al. pawb@fedphe.com
                                                                                              TOTAL: 17
```