# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: PATRICIA A. YOST
- Case Number: 17-23744-CMB     Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 17, 2020 09:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#103 - Trustee's Certificate of Default to Dismiss
+ Response By Debtor; Supplemental Response by Debtor
(Default Order Entered 9/2/2020 Granting Motion for Hardship Discharge)
R / M #: 103 / 0

**Appearances:**

- Debtor: *Corbett*
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

FILED
9/18/20 10:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. _X_ Other:

#103 withdrawn as moot as a result of Hardship discharge at Doc 115

9/10/2020   12:24:23PM