**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Patricia A. Yost
dba Ultimate Hair Force Studio, Inc.**
57−1173836
    Debtor(s)

Bankruptcy Case No.: 17−23744−CMB
Related to Doc. No. 121
Chapter: 13
Docket No.: 122 − 121

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

    **AND NOW,** this The 8th of October, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/17/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/24/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/17/20.**

                                            <u>Carlota M. Bohm</u>
                                            United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Patricia A. Yost  
    Debtor(s)

Case No. 17-23744-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 3  
Date Rcvd: Oct 08, 2020      Form ID: 408      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Yost, 215 Elbe Drive, Pittsburgh, PA 15209-2033 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Office of Attorney General Department of Revenue, Robert C. Edmundson, 564 Forbes Avenue, Pittsburgh, PA 15219-2908 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14695018 | + | Caliber Home Loans, 6404 Ivy Lane, #700, Greenbelt, MD 20770-1409 |
| 14695019 | + | Caliber Home Loans, Inc., P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14745069 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14788569 | + | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14695022 | + | Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm, 437 Grant St., 14th Floor, Pittsburgh, Pennsylvania 15219-6107 |
| 14695023 | + | Jordan Tax Service, 102 Rahway Road, McMurray, Pennsylvania 15317-3349 |
| 14741972 | + | LSF8 MASTER PARTICIPATION TRUST, Caliber Home Loans, PO Box 24330, Oklahoma City OK 73124-0330 |
| 14695024 | + | Matt W. Yost, 3284 Babcock Boulevard, Pittsburgh, PA 15237-2839 |
| 14695025 | + | Michael J. Witherel, Esquire, Witherel & Associates, 966 Perry Highway, Pittsburgh, PA 15237-2107 |
| 14745070 | + | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14719827 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14695027 | + | Portfolio Recovery Associates, LLC, c/o Blatt Hasenmiller Leibsker & Moore,, 1835 Market Street, Suite 501, Philadelphia, Pennsylvania 19103-2933 |
| 14695029 | | Santander Consumer, USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15096697 | | Selene Finance LP, Attention: Cashiering Department, PO Box 71243, Philadelphia, PA 19176-6243 |
| 14745071 | + | Township of Ross, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14695030 | + | UPMC Community Medicine, Receivables Outsourcing, P.O. Box 62850, Maltimore, Maryland 21264-2850 |
| 14695031 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 14762770 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14695032 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, Pennsylvania 15250-7980 |
| 14762876 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14695020 | + | Email/Text: CBCSMail@CBCSNational.com | Oct 09 2020 00:58:00 | CBCS, P.O. Box 163250, Columbus, Ohio 43216-3250 |
| 14713233 | | + Email/Text: gocadle@cadleco.com | Oct 09 2020 00:58:00 | Cadles of Grassy Meadows II, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14695017 | | + Email/Text: gocadle@cadleco.com | Oct 09 2020 00:58:00 | Cadles of Grassy Meadows, II, LLC, Attention: WWG20047, 100 North Center Street, Newton |

| District/off: 0315-2 | User: dric | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 408 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 14768098 | + | Email/Text: kburkley@bernsteinlaw.com | Oct 09 2020 00:58:00 | Falls, OH 44444-1321<br>Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14695021 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 09 2020 00:57:00 | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 14695028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:50:09 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, Virginia 23541 |
| 14711410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 09 2020 01:48:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14695026 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 09 2020 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Duquesne Light Company |
| cr | | LSF8 Master Participation Trust |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, et.al. |
| cr | | Wilmington Savings Fund Society, FSB, Et.Al |
| cr | *+ | Cadles of Grassy Meadows II, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 10, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor DLJ Mortgage Capital Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Francis E. Corbett | on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com  fcorbett7@gmail.com |

| District/off: 0315-2 | User: dric | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 408 | Total Noticed: 36 |

James McNally
    on behalf of Creditor Cadles of Grassy Meadows II  L.L.C. jmcnally@cohenseglias.com, dlandi@cohenseglias.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Ross jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jerome B. Blank
    on behalf of Creditor LSF8 Master Participation Trust pawb@fedphe.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society  FSB, Et.Al pawb@fedphe.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  et.al. pawb@fedphe.com

TOTAL: 17