# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
PATRICIA A. YOST

Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:17-23744
Chapter 13

Document #___121

**ENTERED BY DEFAULT**

## ORDER OF COURT

AND NOW, this _19th_ day of __November__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor under 1328(b) and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED**, **ADJUDGED** and **DECREED**, as follows:

(1) Property of the estate revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate are hereby terminated.

(2) Each and every creditor is bound by the provision of the plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or had rejected the plan.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employers.

(4) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/19/20 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23744-CMB

Patricia A. Yost     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy    Page 1 of 3
Date Rcvd: Nov 19, 2020    Form ID: pdf900    Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia A. Yost, 215 Elbe Drive, Pittsburgh, PA 15209-2033 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | North Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Office of Attorney General Department of Revenue, Robert C. Edmundson, 564 Forbes Avenue, Pittsburgh, PA 15219-2908 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14695018 | + | Caliber Home Loans, 6404 Ivy Lane, #700, Greenbelt, MD 20770-1409 |
| 14695019 | + | Caliber Home Loans, Inc., P.O. Box 24610, Oklahoma City, OK 73124-0610 |
| 14745069 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14788569 | + | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14695022 | + | Jeffrey R. Hunt, Esquire, Goehring, Rutter & Boehm, 437 Grant St., 14th Floor, Pittsburgh, Pennsylvania 15219-6107 |
| 14695023 | + | Jordan Tax Service, 102 Rahway Road, McMurray, Pennsylvania 15317-3349 |
| 14741972 | + | LSF8 MASTER PARTICIPATION TRUST, Caliber Home Loans, PO Box 24330, Oklahoma City OK 73124-0330 |
| 14695024 | + | Matt W. Yost, 3284 Babcock Boulevard, Pittsburgh, PA 15237-2839 |
| 14695025 | + | Michael J. Witherel, Esquire, Witherel & Associates, 966 Perry Highway, Pittsburgh, PA 15237-2107 |
| 14745070 | + | North Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14719827 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14695027 | + | Portfolio Recovery Associates, LLC, c/o Blatt Hasenmiller Leibsker & Moore,, 1835 Market Street, Suite 501, Philadelphia, Pennsylvania 19103-2933 |
| 14695029 | | Santander Consumer, USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15096697 | | Selene Finance LP, Attention: Cashiering Department, PO Box 71243, Philadelphia, PA 19176-6243 |
| 14745071 | + | Township of Ross, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14695030 | + | UPMC Community Medicine, Receivables Outsourcing, P.O. Box 62850, Maltimore, Maryland 21264-2850 |
| 14695031 | | UPMC Health Services, P.O. Box 371472, Pittsburgh, Pennsylvania 15250-7472 |
| 14762770 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14695032 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, Pennsylvania 15250-7980 |
| 14762876 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14695020 | + | Email/Text: CBCSMail@CBCSNational.com | Nov 20 2020 04:04:00 | CBCS, P.O. Box 163250, Columbus, Ohio 43216-3250 |
| 14713233 | + | Email/Text: gocadle@cadleco.com | Nov 20 2020 04:04:00 | Cadles of Grassy Meadows II, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14695017 | + | Email/Text: gocadle@cadleco.com | Nov 20 2020 04:04:00 | Cadles of Grassy Meadows, II, LLC, Attention: WWG20047, 100 North Center Street, Newton |

| Recip ID | | Notice Type | Date | Address |
|---|---|---|---|---|
| | | | | Falls, OH 44444-1321 |
| 14768098 | + | Email/Text: kburkley@bernsteinlaw.com Nov 20 2020 04:04:00 | | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14695021 | | Email/Text: sbse.cio.bnc.mail@irs.gov Nov 20 2020 03:53:00 | | Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 14695028 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2020 03:58:07 | | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, Virginia 23541 |
| 14711410 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2020 03:58:07 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14695026 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2020 04:03:00 | | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, Pennsylvania 17128-0946 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | Duquesne Light Company |
| cr | | LSF8 Master Participation Trust |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, et.al. |
| cr | | Wilmington Savings Fund Society, FSB, Et.Al |
| cr | *+ | Cadles of Grassy Meadows II, L.L.C., 100 North Center Street, Newton Falls, OH 44444-1321 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor DLJ Mortgage Capital Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Francis E. Corbett | on behalf of Debtor Patricia A. Yost fcorbett@fcorbettlaw.com fcorbett7@gmail.com |

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf900 | Total Noticed: 36 |

James McNally
    on behalf of Creditor Cadles of Grassy Meadows II L.L.C. jmcnally@cohenseglias.com, dlandi@cohenseglias.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Ross jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor North Hills School District jhunt@grblaw.com cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jerome B. Blank
    on behalf of Creditor LSF8 Master Participation Trust pawb@fedphe.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor Wilmington Savings Fund Society FSB, Et.Al mario.hanyon@brockandscott.com, wbecf@brockandscott.com

Norma Hildenbrand, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee Norma.L.Hildenbrand@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY et.al. pawb@fedphe.com

TOTAL: 17